UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| TRUSTEES OF THE OPERATING ENGINEERS PENSION TRUST, et al., <br><br> Plaintiffs, <br><br> vs. <br><br> WESTERN EXPLOSIVES SYSTEMS COMPANY, et al., <br><br> Defendants. | 2:13-cv-00092-GMN-NJK <br><br> **ORDER RE: MOTION TO WITHDRAW** <br><br> (Docket No. 32) |

Pending before the Court is attorneys' emergency motion to withdraw.[1] Docket No. 32. Any response shall be filed no later than September 22, 2014. The Court hereby **SETS** a hearing for September 29, 2014, at 11:00 a.m. in Courtroom 3B. Defendants and Defendants' counsel shall attend the hearing. Any new counsel retained by Defendants shall also attend the hearing. THERE WILL BE NO EXCEPTIONS TO THESE APPEARANCE REQUIREMENTS. No later than September 3, 2014, Defendants' current counsel of record shall serve Defendants with this order that they appear and shall file a proof of service. With respect to Defendant Western Explosives Company, a Delaware corporation, the Court wishes to highlight that corporations may appear in federal court only through licensed counsel. *United States v. High Country Broad. Co., Inc.*, 3 F.3d 1244, 1245 (9th Cir. 1993).

IT IS SO ORDERED.

DATED: September 2, 2014

_____
NANCY J. KOPPE
United States Magistrate Judge

---

[1] Buried within the attorneys' motion are requests for other forms of relief not properly before the Court. If Defendants want relief, they must bring a proper motion.