# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| TRUSTEES OF THE OPERATING ENGINEERS PENSION TRUST, et al., | |
| Plaintiff(s), | Case No. 2:13-cv-00092-GMN-NJK |
| vs. | ORDER |
| WESTERN EXPLOSIVES SYSTEMS COMPANY, et al., | (Docket No. 53) |
| Defendant(s). | |

Pending before the Court is Plaintiffs' motion for setting of pretrial order and trial dates. Docket No. 53. The Scheduling Order in this case set the deadline for submitting the joint pretrial order for September 22, 2014. Docket No. 24, at 2. The Scheduling Order further stated that in the event dispositive motion(s) were filed, that date would be "suspended until 30 days after the decision on the dispositive motion(s) or further order of the Court." *Id.*, at 2. On December 8, 2014, the Court granted the parties' stipulation to withdraw Plaintiffs' motion for partial summary judgment. Docket No. 43. To date, the joint pretrial order has not been submitted. *See* Docket. The Court hereby **SETS** the deadline for submitting the joint pretrial order for May 22, 2015. Pursuant to Local Rule 16-4, the parties shall list three agreed-upon trial dates in the joint pretrial order. Once the parties submit the joint pretrial order, the trial date will be set by the Court. Accordingly, Plaintiffs' motion for setting of pretrial order and trial dates is **GRANTED in part** and **DENIED in part**.

IT IS SO ORDERED.

DATED: April 23, 2015.

_____
NANCY J. KOPPE
United States Magistrate Judge