**LAQUER, URBAN, CLIFFORD & HODGE LLP**
Michael A. Urban, Nevada Bar No. 3875
Nathan R. Ring, Nevada Bar No. 12078
Sean W. McDonald, Nevada Bar No. 12817
4270 South Decatur Blvd., Suite A-9
Las Vegas, Nevada 89103
T: (702) 968-8087
F: (702) 968-8088
murban@luch.com; nring@luch.com;
smcdonald@luch.com
*Counsel for Plaintiffs*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| TRUSTEES OF THE OPERATING ENGINEERS PENSION TRUST; TRUSTEES OF THE OPERATING ENGINEERS HEALTH AND WELFARE FUND; TRUSTEES OF THE OPERATING ENGINEERS JOURNEYMAN AND APPRENTICE TRAINING TRUST; AND TRUSTEES OF THE OPERATING ENGINEERS VACATION-HOLIDAY SAVINGS TRUST,<br><br>Plaintiffs,<br><br>vs.<br><br>WESTERN EXPLOSIVES SYSTEMS COMPANY, a Delaware corporation; JARED L. FREDRICK, an individual; THOMAS C. FREDRICK, JR., an individual; and PAUL A. FREDRICK, an individual,<br><br>Defendants. | Case No. 2:13-cv-00092-GMN-NJK<br><br><br><br>**JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE AND ORDER THEREON** |

Plaintiffs, TRUSTEES OF THE OPERATING ENGINEERS PENSION TRUST; TRUSTEES OF THE OPERATING ENGINEERS HEALTH AND WELFARE FUND; TRUSTEES OF THE OPERATING ENGINEERS JOURNEYMAN AND APPRENTICE TRAINING TRUST; AND TRUSTEES OF THE OPERATING ENGINEERS VACATION-HOLIDAY SAVINGS TRUST, by and through their counsel of record, Laquer, Urban, Clifford & Hodge, LLP, and Defendants, WESTERN EXPLOSIVES SYSTEMS COMPANY, a Delaware corporation; JARED L. FREDRICK, an individual; THOMAS C. FREDRICK, JR., an individual; and PAUL A. FREDRICK, an individual, by and through

their counsel of record, Clark Law Counsel PLLC, hereby stipulate to dismissal of this case with prejudice, each party to bear his or its own attorneys' fees and costs. The parties resolved all claims in this litigation and now wish to dismiss this case with prejudice.

DATED: January 11, 2016   LAQUER, URBAN, CLIFFORD & HODGE LLP

By: */s/ Nathan R. Ring*
Michael A. Urban, Nevada Bar No. 3875
Nathan R. Ring, Nevada Bar No. 12078
Sean W. McDonald, Nevada Bar No. 12817
4270 South Decatur Blvd., Suite A-9
Las Vegas, Nevada 89103
T: (702) 968-8087
murban@luch.com; nring@luch.com;
smcdonald@luch.com
***Counsel for Plaintiffs***

DATED: January 11, 2016   CLARK LAW COUNSEL PLLC

By: */s/ Dustin Clark*
Dustin L. Clark, Nevada Bar No. 10548
10155 W. Twain Ave., Ste. 100
Las Vegas, NV 89147
T: (702) 540-9070
F: (702) 968-8088
Dustin@clarklawcounsel.com
***Counsel for Defendants***

### **ORDER**

**IT IS SO ORDERED.**

DATED: January 14, 2016

_____
UNITED STATES DISTRICT JUDGE